**FILED: SUFFOLK COUNTY CLERK 06/01/2016 04:01 PM**
INDEX NO. 608345/2016

NYSCEF DOC. NO. 1   Case 2:16-cv-05863-JS-SIL   Document 1-1   Filed 10/20/16   Page 1 of 3 PageID #: 4   RECEIVED NYSCEF: 06/01/2016

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

_____

ANDREA FORMAN,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILIARLY SITUATED,

                          Plaintiff,

          -against-

PYOD, LLC, RESURGENT CAPITAL SERVICES L.P.,
AND SHERMAN FINANCIAL GROUP, LLC,

                  Defendants.

|  |  |
|---|---|
| INDEX NO. | |
| FILING DATE: | 06/01/16 |

**SUMMONS WITH NOTICE**

Plaintiff designates
Suffolk County
as the place of trial

The basis of the venue is
Plaintiff's designation and residence

_____

To the above named Defendants:

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $505,000.00 with interest thereon from the 5th day of June 2015, together with the costs of this action and reasonable attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of the Fair Debt Collection practices Act, 15 USC 1692, et. seq. and NY GBL 349 and that in case of your failure to answer, judgment will be taken against you for the sum of $505,000.00 with interest thereon from the 5th day of June 2015, together with the costs of this action and reasonable attorney's fees.

Dated:          June 1, 2016
                Huntington, NY

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste. 255
Huntington, NY  11743

Index No.

_____

ANDREA FORMAN,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILIARLY SITUATED,

                    Plaintiff(s) ,

       -vs-

PYOD, LLC, RESURGENT CAPITAL SERVICES L.P.,
AND SHERMAN FINANCIAL GROUP, LLC,

                    Defendants.

_____

### SUMMONS WITH NOTICE

_____

Mitchell L. Pashkin certifies that, to the best of his knowledge, information  and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in  22 NYCRR  130-1.1.(c).

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste. 255
Huntington, NY  11743
Tel.:  631.335.1107
Fax.:  631.824-9328
mpash@verizon.net