# COUNTY OF SUFFOLK



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 28 2016 ★

LONG ISLAND OFFICE



## SUFFOLK COUNTY CLERK'S OFFICE

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 852

Date: 10/24/16

JS / SIL

16CV5863

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index #062345/16, along with a copy of the Notice of Removal.

Since the above mentioned case is E-filed, there are no hard copies of the documents.

If you have any questions, please call the number at the top of this page.

Thank you,

Court Actions



CC # : C16-44640

# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original
**CLERKS MINUTES**
filed in my office on **10/20/2016**
and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **10/24/2016** .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL



# Civil Court Minutes Report

**Index #:** 16 608345
**Print Date:** 10/24/2016

| Court: | S | Case Type: | E | Application Date: | |
|---|---|---|---|---|---|

## Plaintiff(s)
FORMAN, ANDREA

## Defendant(s):
PYOD, LLC
RESURGENT CAPITAL SERVICES L.P.
SHERMAN FINANCIAL GROUP, LLC

## Minutes :

| Seq # | Process Date | Type Minutes | |
|---|---|---|---|
| 1 | 6/2/2016 12:0( | SUMMONS W/NOTICE | |
| 2 | 9/20/2016 12:( | AFFIRMATION/AFFIDAVIT OF SERVICE | |
| 3 | 9/20/2016 12:( | AFFIRMATION/AFFIDAVIT OF SERVICE | |
| 4 | 9/20/2016 12:( | AFFIRMATION/AFFIDAVIT OF SERVICE | |
| 5 | 10/10/2016 12 | NOTICE OF APPEARANCE (PRE RJI) | |
| 6 | 10/20/2016 12 | NOTICE OF REMOVAL / REMAND (PRE RJI) | TO EASTERN DIST COURT |

Total Minute Records :6

## Notations :

| Minute | Seq | Liber | Page | LP No | Notation |
|---|---|---|---|---|---|

Total Notation Records :0

## Tax Map Info :

| Minute | Seq | Tax Map Number |
|---|---|---|

Total Tax Map Records :0

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

| | |
|---|---|
| ANDREA FORMAN, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>PYOD, LLC, RESURGENT CAPITAL SERVICES L.P., AND SHERMAN FINANCIAL GROUP, LLC,<br><br>         Defendants. | **Notice of Removal to United States District Court, Eastern District of New York**<br><br>Index No.: 608345/2016 |

TO: Supreme Court of State of New York
   Suffolk County
   210 Center Drive
   Riverhead, NY 11901

**SIR/MADAM:**

**PLEASE TAKE NOTICE** that on October 20, 2016, Defendants PYOD, LLC, Resurgent Capital Services, L.P., and Sherman Financial Group, LLC ("Defendants") electronically filed a Notice of Removal in the United States District Court for the Eastern District of New York to remove the above-captioned action from the Supreme Court of the State of New York, Suffolk County, to the United States District Court for the Eastern District of New York; and

**PLEASE TAKE FURTHER NOTICE** that this Notice of that filing is given pursuant to the provisions of 28 U.S.C. § 1446(d), as amended. Accompanying this Notice as **Exhibit A**

is a copy of the Notice of Removal so filed.

                        GORDON & REES LLP
                        *Attorneys for Defendants PYOD, LLC, Resurgent*
                        *Capital Services, L.P., and*
                        *Sherman Financial Group, LLC*

By: _____
      YEVGENY ROYMISHER

      18 Columbia Turnpike, Suite 220
      Florham Park, New Jersey 07932
      Tel: (973) 549-2500
      Fax: (973) 377-1911

Dated: Florham Park, New Jersey
       October 20, 2016


**TO:** Mitchell L. Pashkin, Esq.
      775 Park Avenue, Ste. 255
      Huntington, NY 11743
      *Attorneys for Plaintiff Andrea Forman*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA FORMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PYOD, LLC, RESURGENT CAPITAL SERVICES L.P., AND SHERMAN FINANCIAL GROUP, LLC,<br><br>Defendants. | Civil Action No.:<br><br>**NOTICE OF REMOVAL** |

Defendants PYOD, LLC, Resurgent Capital Services, L.P., and Sherman Financial Group, LLC ("Defendants"), by and through their attorneys, Gordon & Rees LLP, respectfully says:

1. Plaintiff Andrea Forman ("Plaintiff") commenced the above-captioned action on or about June 1, 2016, by filing a Summons with Notice in the Supreme Court of the State of New York, Suffolk County, captioned *Andrea Forman, on behalf of herself and all others similarly situated v. PYOD, LLC, Resurgent Capital Services, L.P., and Sherman Financial Group, LLC,* (the "Summons with Notice"). Said action is now pending in that Court.

2. The Summons with Notice was served upon Defendant by mail service upon the Defendants' registered agent on or about September 22, 2016.

3. A copy of the Summons with Notice is annexed hereto as <u>Exhibit A</u>.

4. The above-captioned action is a civil case over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331, in that:

   a. The above-captioned action is a civil action arising under federal laws;

    b.    Plaintiff alleges that Defendant violated multiple provisions of the Fair Debt Collection Practices Act, 28 U.S.C. §1692 *et seq.*;

    c.    Therefore, this Court has federal question jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331, which may properly be removed to this Court pursuant to 28 U.S.C. § 1441.

5.    This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

6.    Upon the filing of this Notice of Removal, Defendants shall give written notice thereof to Mitchel S. Pashkin, Esq., counsel for Plaintiff, and Defendants shall file copies of said Notice and Notice of Filing of Removal with the Court Clerk, Supreme Court of the State of New York, Suffolk County.

7.    By filing this notice, Defendants do not waive any defenses which may be made available to them, specifically including, but not limited to, improper service and the absence of venue in this Court or in the Court from which this action has been removed.

WHEREFORE, Defendants respectfully request2 that the Court remove the above-captioned action now pending against it in the Supreme Court of the State of New York, Suffolk County, to the United States District Court for the Eastern District of New York, wherein it shall proceed as an action originally commenced therein.

GORDON & REES LLP
*Attorneys for Defendants PYOD, LLC, Resurgent Capital Services, L.P., and Sherman Financial Group, LLC*

By: _____
    YEVGENY ROYMISHER

18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
Tel: (973) 549-2500
Fax: (973) 377-1911

2

Dated: Florham Park, New Jersey
October 19, 2016

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

ANDREA FORMAN,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED,

              Plaintiff,

-against-

PYOD, LLC, RESURGENT CAPITAL SERVICES L.P.,
AND SHERMAN FINANCIAL GROUP, LLC,

              Defendants.

INDEX NO.
FILING DATE:   06/01/16

**SUMMONS WITH NOTICE**

Plaintiff designates
Suffolk County
as the place of trial

The basis of the venue is
Plaintiff's designation and residence

---

To the above named Defendants:

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $505,000.00 with interest thereon from the 5th day of June 2015, together with the costs of this action and reasonable attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of the Fair Debt Collection practices Act, 15 USC 1692, et. seq. and NY GBL 349 and that in case of your failure to answer, judgment will be taken against you for the sum of $505,000.00 with interest thereon from the 5th day of June 2015, together with the costs of this action and reasonable attorney's fees.

Dated:      June 1, 2016
            Huntington, NY

/s/ _____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste. 255
Huntington, NY  11743

Index No.

---

ANDREA FORMAN,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILIARLY SITUATED,

Plaintiff(s),

-vs-

PYOD, LLC, RESURGENT CAPITAL SERVICES L.P.,
AND SHERMAN FINANCIAL GROUP, LLC,

Defendants.

---

### SUMMONS WITH NOTICE

---

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).


/s/
---
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste. 255
Huntington, NY 11743
Tel.: 631.335.1107
Fax.: 631.824-9328
mpash@verizon.net

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ANDREA FORMAN

**(b)** County of Residence of First Listed Plaintiff   Suffolk
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Mitchell L. Pashkin
775 Park Avenue, Ste 255, Huntington, NY 11743, 631-335-1107

## DEFENDANTS
PYOD, LLC, RESURGENT CAPITAL SERVICES L.P., AND SHERMA

County of Residence of First Listed Defendant   Greenville, SC
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Gordon & Rees LLP, 18 Columbia Turnpike, Suite 220, Florham Park, NJ, 973-549-2500

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | PERSONAL PROPERTY | LABOR | SOCIAL SECURITY | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☒ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 791 Employee Retirement Income Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1446(b)

Brief description of cause:
Violations of the Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE  10-19-16

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

## CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.10 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

I, _____, counsel for _____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☐ monetary damages sought are in excess of $150,000, exclusive of interest and costs,

☐ the complaint seeks injunctive relief,

☐ the matter is otherwise ineligible for the following reason

### DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

### RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

### NY-E DIVISION OF BUSINESS RULE 50.1(d)(2)

1.) Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County: Yes

2.) If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County? _____

b) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District? _____

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County? _____
(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).

### BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.
☒ Yes ☐ No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?
☐ Yes (If yes, please explain) ☒ No

I certify the accuracy of all information provided above.

Signature: _____